```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-10-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                  Plaintiff,

     -against-

CHRISTIAN PEREZ,

                  Defendant.

-------------------------------------------------------------- x

17-CR-21 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **December 7, 2022** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 10, 2022

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge