```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-18-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-                             17-CR-21 (ALC)

CHRISTIAN PEREZ,                      **ORDER**

                      Defendant.

----------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Violation of Supervised Release Hearing is set for **July 20, 2023** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           July 18, 2023

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge