```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-19-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

CHRISTIAN PEREZ,

       Defendant.

------------------------------------------------------------------- x

17-CR-21 (ALC)

**AMENDED ORDER**

ANDREW L. CARTER, JR., District Judge:

  A Violation of Supervised Release Hearing is set for **July 20, 2023** at **3:30 p.m.**

SO ORDERED.

Dated:  New York, New York
     July 19, 2023

              _/s/ Andrew L. Carter, Jr._
              **ANDREW L. CARTER, JR.**
              **United States District Judge**